**OFFICE OF THE CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF GEORGIA

| Correspondence: | 201 2ND ST STE 1000 | Payments: |
|---|---|---|
| CHAPTER 13 TRUSTEE | MACON GA  31201 | CHAPTER 13 TRUSTEE |
| P.O. BOX 954 | | MIDDLE DISTRICT OF GA |
| MACON GA  31202-0954 | TELEPHONE (478)742-8706 | PO BOX 102043 |
| | IN GA (800)522-0601 | ATLANTA GA  30368-2043 |
| | FAX (478)746-4488 | |

September 25, 2017

KYLE GEORGE, CLERK
UNITED STATES BANKRUPTCY COURT
P.O. BOX 1957
MACON, GA 31202

RE:   CASE #   15-51640-AEC
      Jean Ann Day

Dear Mr. George:

Please note the new address for Jean Ann Day **only** in the above-referenced case:

   4394 W BAQUERO LN
   YUMA, AZ  85365

The address of  remains:

                                  Sincerely,

                                  /s/ Camille Hope
                                  _____
                                  CAMILLE HOPE, TRUSTEE
                                  OFFICE OF THE CHAPTER 13 TRUSTEE

mlp